S. D. MCCREARY, Chief of Police of the City of Miami, v. STATE, *ex rel.* WESLEY E. GARRISON, Agent of WESLEY E. GARRISON, INC.

168 So. 422.
Opinion Filed May 22, 1936.

*J. W. Watson, Jr., Abe Aronovitz* and *W. W. Charles* for Plaintiff in Error;

*Hendricks & Hendricks,* for Defendant in Error.

PER CURIAM.—This writ of error brings before us for review a final order in habeas corpus proceedings discharging the petitioner from custody. The judgment of the Circuit Judge is affirmed upon authority of McCleod v. Chase, 96 Fla. 736a, 116 So. 858 and Brown v. Watson, 116 Fla. 56, 156 So. 327; there having been no evidence introduced before the municipal court, or before the Circuit Judge in the habeas corpus proceedings, showing, or tending to show that the ordinance in question had been violated by the petitioner.

Affirmed.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur in the opinion and judgment.

DAVIS, J. (concurring).—Where the constitutionality of the *application* of a particular statute or ordinance depends upon a consideration of the evidence I think habeas corpus may be employed as it was used in this case, not as a review of the sufficiency of the evidence *qua* proof, but as a means of determining whether constitutional property rights are being adversely affected by the manner of enforcement of an ordinance as applied to the particular facts of the case before the court.

BUFORD, J., concurs.